MARSHA M. HAMASAKI (SBN 102720)
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010
T:(213) 386-3860; F:(213) 386-5583
E-mail: marshah@rac-law.com          LTADC.585B

**FILED**
CLERK, U.S. DISTRICT COURT
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
ISSUED W/E

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, <br> PLAINTIFF(S) | CASE NUMBER <br><br> CV-10-01193 DMG (SSx) |
| v. <br><br> MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; et al. <br> DEFENDANT(S). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

[x] State of California, County of LOS ANGELES
[ ] State of _____, County of _____

I, Marsha M. Hamasaki _____ hereby state under penalty of perjury that,

    An Order
1.  ~~Judgment~~ for $ 2,600.00 was entered on September 8, 2010 on the docket of the above-entitled action in the U.S. District Court, Central District of California in favor of CONSTRUCTION LABORERS TRUST FUNDS FOR
    SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company
    as ~~Judgment~~ Creditor, and against MARIO MIGUEL MONTALVO, an individual doing business as ~~Judgment~~ Debtor.
    as SUPER MARIO PORTABLE WELDING

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2.  I am the ~~Judgment~~ Creditor, or the attorney for said ~~Judgment~~ Creditor, and request issuance of a Writ of Execution on the ~~Judgment~~.Order.

                                the order
3.  ACCRUED since the entry of ~~judgment~~ in the CENTRAL District of CALIFORNIA are the following sums:

    $ 0.72 accrued interest, computed at 0.25 % *(See note.)*
    $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 19th date of October, 2010.

_____
Signature
MARSHA M. HAMASAKI

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)        AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION        **ORIGINAL**        CCD-24