|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | ) ) ) ) ) ) | NO. CV 10-01193-DMG (SSx) |
| Plaintiff, | ) ) ) | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) ) | |
| MARIO MIGUEL MONTALVO, an individual doing business as Super Mario Portable Welding, | ) ) ) ) | |
| Defendant. | ) ) | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Terminating Sanctions (Docket No. 40), Plaintiff's Motion to Compel Answers to Interrogatories (Docket No. 50), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

**IT IS ORDERED** that: (1) Plaintiff's Motion for Terminating Sanctions (Docket No. 40) is GRANTED; (2) Plaintiff's Motion to Compel Answers to Interrogatories (Docket No. 50) is DENIED WITHOUT PREJUDICE as moot; (3) Defendant's Answer is STRICKEN; (4) Default is hereby entered in favor of Plaintiff and against Defendant on all claims; and (5) Plaintiff shall file a motion for default judgment regarding the amount of damages to be awarded to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Defendant and counsel for Plaintiff.

**IT IS SO ORDERED.**

Dated: March 30, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Segal

2