ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Application is made by CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR

#456613.1

1

SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), for a renewal of the Judgment entered against Judgment Debtor, MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING, (hereinafter referred to as "DEBTOR"), entered on August 30, 2011, and renewed on May 23, 2017.

1. This Application is made on the grounds that DEBTOR has failed to satisfy the Judgment entered on August 30, 2011, renewed on May 23, 2017 and JUDGMENT CREDITOR seeks to extend the period of enforceability of the Judgment by requesting a Renewal of the Judgment [See, Declaration of Marsha Hamasaki, ("Hamasaki Decl") in support of this Application at ¶¶ 3, 4.]

2. The last known address for DEBTOR is xxx xxxx Escondido, California xxxxx.

3. Abstracts of Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| October 17, 2011 | San Diego | 2011-0544068 |
| November 25, 2011 | Ventura | 20111125-00179425-0 |

4. Judgment Liens were filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
|---|---|
| September 29, 2011 | 11-7286352853 |
| January 9, 2017 | 17-7565247175 |
| June 28, 2022 | U220205947025 |

#456613.1

2

5. <u>Recorded Renewal of Judgment and Application for Renewal of Judgment.</u>  The Renewal of Judgment and Application for Renewal of Judgment and were recorded as follows:

| Date: | Document | County: | Instrument No.: |
|---|---|---|---|
| 06/05/2017 | Renewal of Judgment | San Diego | 2017-0259669 |
| 06/05/2017 | Application for Renewal | San Diego | 2017-0259668 |
| 06/05/2017 | Renewal of Judgment | Ventura | 20170804-00101110-0 |
| 06/05/2017 | Application for Renewal | Ventura | 20170804-00101109-0 |

6. <u>Interest</u> has accrued on the Judgment at 0.10%, the rate of interest established on the date Judgment was originally entered on August 30, 2011, renewed on May 23, 2017 [Hamasaki Decl. at ¶ 6.]  The interest rate is based upon "the rate equal to the coupon issue yield equivalent of the average accepted auction price for the last auction of 52-week United States Treasury bills" settled immediately preceding entry of judgment, as provided for by 28 U.S.C. § 1961 and 40 U.S.C. § 3116.

7. IT IS HEREBY REQUESTED that Judgment against DEBTOR be renewed in the amount of $68,430.55 as follows:

<u>Renewal of Money Judgment:</u>

a. Total Judgment……………………………………… $ 68,082.28
b. Costs after Judgment………………………………$      0.00
c. Less Credits after Judgment……………….………$      0.00
d. Interest after Judgment computed from May 23, 2017 to June 30, 2022 at 0.10% accruing at $0.19 per day……………………………………….$    348.27
e. Total Renewed Judgment…………………….…....$ 68,430.55

This Application is based on the accompanying Declaration of Marsha M. Hamasaki, Memorandum of Points and Authorities, and the pleadings, records, and

files in this action.

Executed this 30th day of June 2022, in the County of Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge.

           /s/ Marsha M. Hamasaki
           MARSHA M. HAMASAKI

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **6/30/2022**, I served the foregoing document described as **APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original  ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mario Miguel Montalvo**
**SUPER MARIO PORTABLE WELDING**

**Escondido, California**

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **June 30, 2022**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Kaitlyn Malarkey*
Kaitlyn Malarkey