ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>**NOTICE OF LODGING NOTICE OF RENEWAL OF JUDGMENT BY CLERK** |

Please take notice that, Plaintiff is lodging with this Court the Notice of Renewal of Judgment by Clerk.

Dated: June 30, 2022                REICH, ADELL & CVITAN
                                    A Professional Law Corporation

                                    By:   /s/ Marsha M. Hamasaki
                                        MARSHA M. HAMASAKI
                                    Attorneys for Plaintiff/Judgment Creditor

#456586.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **June 30, 2022**, I served the foregoing document described as **NOTICE OF LODGING NOTICE OF RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original  ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mario Miguel Montalvo**
**SUPER MARIO PORTABLE WELDING**

**Escondido, California**

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **June 30, 2022**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Kaitlyn Malarkey*
Kaitlyn Malarkey