ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR

SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter "JUDGMENT CREDITOR") submits the following Memorandum of Points and Authorities in Support of its Application for Renewal of Judgment by Clerk:

## I.
## PRELIMINARY STATEMENT

This action was filed on February 17, 2010 and Judgment was entered against Judgment Debtor, MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING, (hereinafter referred to as "DEBTOR") on August 30, 2011 [docket no. 88].  The Judgment against DEBTOR was renewed on May 23, 2017 [docket no. 104.]   The Judgment has not been satisfied [Declaration of Marsha M. Hamasaki in Support of Application for and Renewal of Judgment ("Hamasaki Decl.") at ¶¶ 3, 4, 5]  Post judgment interest has accrued on the Judgment and as of June 30, 2022, the total due on the Judgment now totals $68,430.55 [Hamasaki Decl. at ¶¶ 6, 7.]

JUDGMENT CREDITOR therefore seeks to renew the Judgment for the total due, and to extend the enforceability period of the Judgment.

## II.

## RENEWAL OF JUDGMENT IS AUTHORIZED BY CALIFORNIA CODE OF CIVIL PROCEDURE AND IS APPLICABLE TO THIS ACTION BY FEDERAL RULES OF CIVIL PROCEDURE RULE 69

#456737.1

2

The procedure of the State of California has been followed for renewal of the Judgment in this action and is applicable to this action pursuant to Federal Rules of Civil Procedure Rule 69. Fed. Rule Civ. P. 69 requires a Court to follow the procedure of the State in which the District Court is located to enforce a judgment for the payment of money.

Fed. Rule Civ. P. 69 states in pertinent part:

> The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

Fed. Rule Civ. P. 69

In accordance with the California Code of Civil Procedure, a judgment creditor may renew a judgment and extend the period of enforceability for a period of ten (10) years from the date the application for renewal is filed, and may be renewed after five years from the time the judgment was previously renewed. *See,* Cal. Civ. Proc. Code §§ 683.110 through 683.220.

Cal. Civ. Proc. Code § 683.120 provides:

> (a) The judgment creditor may renew a judgment by filing an application for renewal of the judgment with the court in which the judgment was entered.
>
> (b) Except as otherwise provided in this article, the filing of the application renews the judgment in the amount determined under section 683.150 and extends the period of enforceability of the judgment as renewed for a period of 10 years from the date the application is filed.
>
> . . .

Cal. Civ. Proc. Code § 683.120

As shown by the Declaration of Marsha M. Hamasaki in Support of Application

1  for Renewal of Judgment, filed herewith, the Judgment was entered by this Court on
2  August 30, 2011 and renewed on May 23, 2017 [Hamasaki Decl. at ¶¶ 3, 4.]
3  Therefore, this Application for Renewal of Judgment is timely and renewal of the
4  Judgment is appropriate.  Accordingly, the JUDGMENT CREDITOR respectfully
5  requests that the Judgment against DEBTOR be renewed as requested.

Respectfully submitted,

REICH, ADELL & CVITAN
A Professional Law Corporation

DATED:  June 30, 2022          By:     /s/ Marsha M. Hamasaki
                                       MARSHA M. HAMASAKI
                               Attorneys for Plaintiff/Judgment Creditor

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **6/30/2022** I served the foregoing document described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original   [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mario Miguel Montalvo**
**SUPER MARIO PORTABLE WELDING**
**Escondido, California**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **June 30, 2022**, at Los Angeles, California.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Kaitlyn Malarkey_
Kaitlyn Malarkey