ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>**DECLARATION OF MARSHA M. HAMASAKI IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

<u>DECLARATION OF MARSHA M. HAMASAKI</u>

I, MARSHA M. HAMASAKI, declare:

1.  [IDENTITY]  I am one of the attorneys of record for Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR

#456723.2

1

SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter collectively referred to as JUDGMENT CREDITOR), and I am duly licensed to practice before all the Courts of the State of California, and am admitted to practice before the United States District Court for the Central District of California.

2. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

3. [JUDGMENT ENTERED]  On August 30, 2011, Judgment was entered against MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING (hereinafter referred to as "DEBTOR") in the total sum of $97,420.50 [docket no. 88.]  A true and correct copy of the Judgment is attached hereto as Exhibit "1".

4. [JUDGMENT RENEWED]  On May 23, 2017, Judgment was renewed against MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING (hereinafter referred to as "DEBTOR") in the total sum of $68,082.28 [docket no. 104.]  A true and correct copy of the Renewal of Judgment is attached hereto as Exhibit "2".

5. [CREDITS AGAINST JUDGMENT]  No payments have been credited against the Judgment since it was last renewed.

6. [ACCRUED INTEREST] The rate of interest on the Judgment as of August 30, 2011, the date judgment was entered is 0.10%, based upon "the rate equal to the weekly average 1-year constant maturity rate Treasury yield…for the calendar week preceding the date of the judgment" as provided for by 28 U.S.C. § 1961 and 40 U.S.C. § 3116. A copy of the interest rate table from the Federal Reserve's website at https://www.federalreserve.gov/datadownload/DownloadTable.aspx?rel=H15&series=baf5b6bc360d96888021f4c7b4b061f5&lastobs=&from=08/26/2011&to=08/30/2011&filetype=spreadsheetml&label=include&layout=seriescolumn confirming the 0.10% rate is attached as Exhibit "3".

7. The total accrued interest, as calculated on this Application for Renewal of Judgment, from May 23, 2017 to June 30, 2022, is $348.27. JUDGMENT CREDITOR therefore requests that the Judgment be renewed in the sum of $68,430.55. The amortization table is attached as Exhibit "4".

8. [JUDGMENT LIENS] Judgment Liens were filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
| --- | --- |
| September 29, 2011 | 11-7286352853 |
| January 9, 2017 | 17-7565247175 |
| June 28, 2022 | U220205947025 |

9. [ABSTRACTS OF JUDGMENT] Abstracts of Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
| --- | --- | --- |
| October 17, 2011 | San Diego | 2011-0544068 |
| November 25, 2011 | Ventura | 20111125-00179425-0 |

10. Recorded Renewal of Judgment and Application for Renewal of Judgment. The Renewal of Judgment and Application for Renewal of Judgment and were recorded as follows:

//

| Date: | Document | County: | Instrument No.: |
|---|---|---|---|
| 06/05/2017 | Renewal of Judgment | San Diego | 2017-0259669 |
| 06/05/2017 | Application for Renewal | San Diego | 2017-0259668 |
| 06/05/2017 | Renewal of Judgment | Ventura | 20170804-00101110-0 |
| 06/05/2017 | Application for Renewal | Ventura | 20170804-00101109-0 |

11.   [DEBTOR'S ADDRESS]  The last known address for DEBTOR is xxx xxxx Escondido, California xxxxx.

Executed this 30th day of June 2022, in the County of Los Angeles, California.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

                                            /s/ Marsha M. Hamasaki
                                            Marsha M. Hamasaki

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **June 30, 2022**, I served the foregoing document described as **DECLARATION OF MARSHA M. HAMASAKI IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original  ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mario Miguel Montalvo**
**SUPER MARIO PORTABLE WELDING**

**Escondido, California**

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **June 30, 2022**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kaitlyn Malarkey