```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  JUL 01 2022

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      GK         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

Judgment Debtor, MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on August 30, 2011[docket number 88], and renewed on May 23, 2017 [docket number 104],

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a

fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

[ABSTRACTS OF JUDGMENT] Abstracts of Judgment were recorded in the Counties of San Diego and Ventura as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| October 17, 2011 | San Diego | 2011-0544068 |
| November 25, 2011 | Ventura | 20111125-00179425-0 |

[JUDGMENT LIENS] Judgment Liens were filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
|---|---|
| September 29, 2011 | 11-7286352853 |
| January 9, 2017 | 17-7565247175 |
| June 28, 2022 | U220205947025 |

[RECORDED RENEWAL OF JUDGMENT] The Renewal of Judgment and Application for Renewal of Judgment and were recorded as follows:

| Date: | Document | County: | Instrument No.: |
|---|---|---|---|
| 06/05/2017 | Renewal of Judgment | San Diego | 2017-0259669 |
| 06/05/2017 | Application for Renewal | San Diego | 2017-0259668 |
| 06/05/2017 | Renewal of Judgment | Ventura | 20170804-00101110-0 |
| 06/05/2017 | Application for Renewal | Ventura | 20170804-00101109-0 |

The money Judgment against DEBTOR is renewed in the amount of $68,430.55 as follows:

    a. Total Judgment…………………………………… $ 68,082.28
    b. Costs after Judgment………………………………$    0.00
    c. Less Credits after Judgment………………..……$    0.00
    d. Interest after Judgment computed from May 23, 2017 to June 30, 2022 at 0.10% accruing at $0.19 per day………………………….……………$   348.27
    e. Total Renewed Judgment…………………..…....$ 68,430.55

DATED: July 1, 2022        _/s/ Tracy Tam_ , Deputy
                                       CLERK OF THE COURT