1  ALEXANDER B. CVITAN (SBN 81746)
   E-mail: alc@rac-law.com
2  MARSHA M. HAMASAKI (SBN 102720)
   E-mail: marshah@rac-law.com;
3  PETER A. HUTCHINSON (SBN 225399), and
   E-mail: peterh@rac-law.com,
4  REICH, ADELL & CVITAN, A Professional Law Corporation
   3550 Wilshire Blvd., Suite 2000
5  Los Angeles, California 90010-2421
   Telephone: (213) 386-3860; Facsimile: (213) 386-5583
6
7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11 CONSTRUCTION LABORERS TRUST         CASE NO.: 2:10-cv-01193 DMG-SS
   FUNDS FOR SOUTHERN
12 CALIFORNIA ADMINISTRATIVE
   COMPANY, a Delaware limited liability **NOTICE OF RENEWAL OF**
13 company,                             **JUDGMENT BY CLERK**

14              Plaintiff,              [NO HEARING SCHEDULED]

15        vs.

16 MARIO MIGUEL MONTALVO, an
   individual doing business as
17 SUPER MARIO PORTABLE WELDING;
   GREAT AMERICAN INSURANCE
18 COMPANY, an Ohio corporation; DOE 1
   through DOE 10, inclusive,
19
                Defendants.
20

21       TO JUDGMENT DEBTOR, MARIO MIGUEL MONTALVO, an individual
22 doing business as SUPER MARIO PORTABLE WELDING:
23       1.    Notice is hereby given that the Judgment entered on August 30, 2011, and
24 renewed on May 23, 2017.
25       2.    **This renewal extends** the period of enforceability of the Judgment until
26 ten (10) years from the date the Application for Renewal was filed.
27       3.    **If you object to this renewal**, you may make a motion to vacate or
28 modify the renewal with this Court.

                                          1

#456603.1

4. You must make this motion within **thirty (30) days** after service of this notice on you.

5. A copy of the Application for Renewal of Judgment is attached hereto (California Rules of Court, Rule 3.1900).

DATED: July 5, 2022

_____
CLERK OF THE COURT



2

#456603.1