```
 1  ALEXANDER B. CVITAN (SBN 81746)
    E-mail: alc@rac-law.com
 2  MARSHA M. HAMASAKI (SBN 102720)
    E-mail: marshah@rac-law.com;
 3  PETER A. HUTCHINSON (SBN 225399), and
    E-mail: peterh@rac-law.com,
 4  REICH, ADELL & CVITAN, A Professional Law Corporation
    3550 Wilshire Blvd., Suite 2000
 5  Los Angeles, California 90010-2421
    Telephone: (213) 386-3860; Facsimile: (213) 386-5583
 6
    Attorneys for Plaintiff/Judgment Creditor
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARIO MIGUEL MONTALVO, an individual doing business as SUPER MARIO PORTABLE WELDING; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOE 1 through DOE 10, inclusive,<br><br>　　　　　　　Defendant. | CASE NO.: 2:10-cv-01193 DMG-SS<br><br>**PROOF OF SERVICE BY MAIL OF**:<br><br>1) APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK;<br>2) DECLARATION OF MARSHA M. HAMASAKI IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT;<br>3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT;<br>4) NOTICE OF LODGING NOTICE OF RENEWAL OF JUDGMENT;<br>5) NOTICE OF RENEWAL OF JUDGMENT; AND<br>6) RENEWAL OF JUDGMENT |

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **July 12, 2022**, I served the foregoing documents described as:

1) APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK;

2) DECLARATION OF MARSHA M. HAMASAKI IN SUPPORT OF

458301.1

Case 2:10-cv-01193-DMG-SS   Document 114   Filed 07/12/22   Page 2 of 2   Page ID #:1545

APPLICATION FOR RENEWAL OF JUDGMENT;

3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR RENEWAL OF JUDGMENT;

4) NOTICE OF LODGING NOTICE OF RENEWAL OF JUDGMENT;

5) NOTICE OF RENEWAL OF JUDGMENT; and

6) RENEWAL OF JUDGMENT

on the interested parties in this action, by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Mario Miguel Montalvo**
**SUPER MARIO PORTABLE WELDING**
**xxx xxxx**
**Escondido, California xxxxx**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 12, 2022** at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Kaitlyn Malarkey*
Kaitlyn Malarkey

458301.1